UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS J. NEWMAN,

    Plaintiff,                                **ORDER**
                                              Civ. No. 14-2944 (MJD/JSM)

v.

JP MORGAN CHASE BANK, N.A.,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 17, 2014. Plaintiff objects to the recommendation that this Court grant Defendants' motion to dismiss.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on the Court's <u>de novo</u> review and upon all of the files, records and proceedings herein, the Court will adopt the Report and Recommendation.

IT IS HEREBY ORDERED that:

    1.      Defendants' Motion to Dismiss [Docket No. 3] is GRANTED;

    2.      This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 26, 2014　　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court